UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                  Case No. 5:03-cr-25-Oc-10GRJ

JEREMY JERMAINE WILLIS
_____/

**O R D E R**

On October 22, 2003, the Defendant pled guilty to conspiracy to possess with intent to distribute and to distribute at least five hundred grams of cocaine hydrochloride and MDMA, in violation of 21 U.S.C. § 846.  The Defendant also pled guilty to possession with intent to distribute at least five hundred grams of cocaine hydrochloride and MDMA, in violation of 21 U.S.C. § 841.  At the sentencing hearing held on January 22, 2004, the Court sentenced the Defendant to 151 months imprisonment for each count, to be served concurrently.  Judgment was entered accordingly on February 2, 2004 (Doc. 82).

This case is before the Court for consideration of the Government's Motion for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. 86).  The Government's motion recites that since his sentencing, the Defendant has continued to assist law enforcement, which assistance the Government views as substantial assistance. Specifically, the Government contends that because of information provided by the Defendant, including identifying a number of drug suppliers and distributors in the area, the Government was able to obtain approval of wiretap, which ultimately resulted in the federal

indictment and arrest of 13 individuals for conspiracy to possess with intent to distribute more than five kilograms of cocaine. In addition, the Government contends that due to the Defendant's continued cooperation and offer to testify against these individuals, several of the individuals entered pleas of guilty. The Government states that the Defendant continues to cooperate in its investigation as a witness in this matter. The Government recommends a four-level reduction, placing the Defendant in the guideline range of Level 25, Category V. The Government further recommends that the Court sentence the Defendant at the low end of the guideline range, or to 100 months imprisonment.

The Government must demonstrate pursuant to Rule 35(b)(1) that after sentencing, the Defendant provided substantial assistance in investigating or prosecuting another person, and also that a reduction in the Defendant's sentence accords with the Sentencing Commission's guidelines and policy statement. The Government has made such a showing by explaining that the Defendant assisted the Government by identifying many drug suppliers and distributors in the area which ultimately led to the indictment/arrest of 13 individuals, and by continuing to cooperate with the Government in its investigation and prosecution of these individuals.

Accordingly, upon due consideration of the Defendant's substantial assistance, it is ordered that:

(1) the Government's Motion for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. 86) is GRANTED;

(2) the commitment sentence imposed upon Defendant Jeremy Jermaine Willis is hereby reduced from 151 months to 100 months;

(3) the judgment entered on February 2, 2004 (Doc. 82) is hereby amended to the extent set forth in this Order, and in all other respects, the judgment shall remain undisturbed; and

(4) the Clerk is directed to furnish a copy of this Order to counsel of record, the Defendant, the United States Marshal, the Bureau of Prisons, and the United States Probation Officer.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 30th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Jeremy Jermaine Willis
             United States Marshal
             Bureau of Prisons
             United States Probation Office
             Maurya McSheehy, Courtroom Deputy